ORIGINAL                                                       FILED

IN THE UNITED STATES COURT OF FEDERAL CLAIMS      AUG 3 2015

|  |  |
|---|---|
| DREAMWORKS ANIMATION, SKG, INC. AND SUBSIDIARIES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>) | U.S. COURT OF FEDERAL CLAIMS<br><br>**15 - 824 T**<br>No. _____ |

## RULE 7.1 DISCLOSURE STATEMENT

DreamWorks Animation, SKG, Inc. has no parent corporation and there is no publicly held corporation that owns 10% or more of DreamWorks Animation, SKG, Inc.

Respectfully submitted,

Dated: August 3, 2015

*Miriam L. Fisher /NNG*
MIRIAM L. FISHER
Attorney of Record
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel:   (202) 637-2178
Fax:   (202) 637-2201
Email: miriam.fisher@lw.com

BRIAN C. MCMANUS
LATHAM & WATKINS LLP
Of Counsel

NICOLLE NONKEN GIBBS
Of Counsel
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304